# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
FEB 23 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No. 1:15CR00234 DAD
Sylvia Ochoa )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Sylvia Ochoa_____, have discussed with _____Zaren Craddock_____, Pretrial Services Officer, modifications of my release conditions as follows:

You shall participate in a program of medical or psychiatric treatment, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____  1/25/16        _____[signature]_____  1-25-16
Signature of Defendant  Date          Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                              2/19/16
Signature of Assistant United States Attorney       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____Mark Coleman_____                              2/23/16
Signature of Defense Counsel                        Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  2/22/16 .
[ ] The above modification of conditions of release is *not* ordered.

_____[signature] E.P.____                           2/22/16
Signature of Judicial Officer                       Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services