| | |
|---|---|
| 1 | MARK W. COLEMAN #117306 |
| 2 | NUTTALL COLEMAN & DRANDELL |
| | 2333 MERCED STREET |
| 3 | FRESNO, CALIFORNIA 93721 |
| | PHONE (559) 233-2900 |
| 4 | FAX (559) 485-3852 |
| | mark@nuttallcoleman.com |
| 5 | |
| 6 | ATTORNEYS FOR Defendant, SYLVIA OCHOA |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:15-CR-000234-001-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| SYLVIA OCHOA, | |
| Defendant. | |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for July 11, 2017, at 9:00 a.m., be continued to August 21, 2017, at 9:00 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing informal and formal objections to the Pre-Sentence Investigation Report, be scheduled as follows:

Informal Objections to be served on or before July 24, 2017.

Formal Objections to be filed on or before August 7, 2017.

This continuance is requested by counsel for Defendant, SYLVIA OCHOA, due to the fact that additional time is needed for counsel to review the loss numbers with his expert, and prepare informal objections to the probation report.

Counsel for Defendant has spoken with Assistant U.S. Attorney, MICHAEL TIERNEY, who has no objection to this continuance.

Dated: June 14, 2017.  Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman
MARK W. COLEMAN
Attorney for Defendant,
SYLVIA OCHOA

Dated: June 14, 2017.  UNITED STATES ATTORNEY'S OFFICE

/s/ Michael Tierney
MICHAEL TIERNEY
Assistant U.S. Attorney

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for July 11, 2017, is continued until August 21, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **June 14, 2017**

_____
UNITED STATES DISTRICT JUDGE