1  MARK W. COLEMAN #117306
   NUTTALL COLEMAN & DRANDELL
2  2333 MERCED STREET
   FRESNO, CALIFORNIA 93721
3  PHONE (559) 233-2900
4  FAX (559) 485-3852
   mark@nuttallcoleman.com
5

6  ATTORNEYS FOR Defendant, SYLVIA OCHOA

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | THE UNITED STATES OF AMERICA,        Case No. 1:15-CR-000234-001-DAD

12 |         Plaintiff,

13 |   v.                                 STIPULATION AND ORDER
                                          TO CONTINUE SENTENCING
14 | SYLVIA OCHOA,

15 |         Defendant.

16

17     TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S
18 OFFICE and/or ITS REPRESENTATIVES:

19     IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective
20 clients that the Sentencing hearing currently on calendar for September 11, 2017, at 1:30 p.m., be
21 continued to January 29, 2018 at 9:00 a.m., or as soon thereafter as is convenient to the court's
22 calendar.

23     IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule,
24 including the filing formal objections/sentencing memorandums, be scheduled in accordance with
25 the new sentencing date.

26     This continuance is requested by counsel for Defendant, SYLVIA OCHOA, due to the
27 fact that Defendant is currently pregnant and her pregnancy is considered "high risk." Ms. Ochoa
28 is currently six and a half months pregnant and is due to give birth on November 23, 2017. Ms.

Ochoa's pregnancy is "high risk," as she suffers from high blood pressure and other complications, including bleeding, depending on her activity and stress levels. Her doctor has put her on disability for the remainder of her pregnancy and has advised her to rest. A copy of a letter from Ms. Ochoa's physician office is attached hereto. She is at risk of early delivery if she does not comply with the doctor's orders. Counsel is requesting that the Sentencing hearing in this matter be continued for four months to allow Defendant to remain on bed rest for the remainder of her pregnancy, with as little stress as possible, and then to recover from giving birth. Defendant, her doctor, and counsel are concerned that moving forward with the Sentencing could put her and her baby at risk.

Counsel for Defendant has spoken with Assistant U.S. Attorney, MICHAEL TIERNEY, who has no objection to this continuance.

Dated: September 8, 2017.  Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
SYLVIA OCHOA

Dated: September 8, 2017.  UNITED STATES ATTORNEY'S OFFICE

/s/ Michael Tierney

MICHAEL TIERNEY
Assistant U.S. Attorney

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for September 11, 2017, is continued until **January 29, 2018, at 1:30 p.m.** in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **September 8, 2017**

UNITED STATES DISTRICT JUDGE