MARK W. COLEMAN #117306
NUTTALL COLEMAN & DRANDELL
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mark@nuttallcoleman.com

ATTORNEYS FOR Defendant, SYLVIA OCHOA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:15-CR-000234-001-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| SYLVIA OCHOA, | |
| Defendant. | |

TO:  THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for January 29, 2018, at 1:30 p.m., be continued to April 16, 2018 at 1:30 p.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant, SYLVIA OCHOA, due to the fact that Defendant is currently under the treatment of a doctor for Postpartum Depression and high blood pressure following giving birth to her second child on November 16, 2017. Ms. Ochoa had a pregnancy that was considered "high risk" and she suffered from high blood pressure and other complications during her pregnancy. Ms. Ochoa met with her doctor

yesterday, who provided my office with a letter outlining her current condition. A copy of a letter from Ms. Ochoa's physician office is attached hereto. Counsel is requesting that the Sentencing hearing in this matter be continued for two months to allow Defendant to seek treatment for her postpartum depression. Defendant, her doctor, and counsel are concerned that moving forward with the Sentencing could put her at risk now and in the future.

Counsel for Defendant has spoken with Assistant U.S. Attorney, MICHAEL TIERNEY, who has no objection to this continuance.

Dated: January 26, 2018.  Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
SYLVIA OCHOA

Dated: January 26, 2018.  UNITED STATES ATTORNEY'S OFFICE

/s/ Michael Tierney

MICHAEL TIERNEY
Assistant U.S. Attorney

\* \* \* \* \* \* \*

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for January 29, 2018, is continued until April 16, 2018, at 1:30 p.m. in courtroom 5 before District Judge Dale A. Drozd. No further extensions of time for this purpose will be granted absented a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **January 26, 2018**

UNITED STATES DISTRICT JUDGE