PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00234-DAD-BAM-1 |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR FORFEITURE MONEY JUDGMENT |
| SYLVIA OCHOA, | |
| Defendant. | |

Based upon the United States' Application for Forfeiture Money Judgment and the entry of a guilty plea as to defendant Sylvia Ochoa,

IT IS HEREBY ORDERED that

1. Defendant Sylvia Ochoa shall forfeit to the United States $165,851.00 and the Court imposes a personal forfeiture money judgment against defendant in that amount.

2. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

///

ORDER FOR FORFEITURE MONEY JUDGMENT  1

4. In accordance with Rule 32.2(b)(3), the United States, in its discretion, shall be allowed to conduct discovery, including but not limited to serving Interrogatories, Requests for Admissions, Requests for Production of Documents, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property to satisfy the money judgment.

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $165,851.00 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: **May 23, 2018**

_____
UNITED STATES DISTRICT JUDGE